ACCEPTED
12-15-00116-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/6/2015 2:06:16 PM
CATHY LUSK
CLERK



**SMITH COUNTY COURTHOUSE**
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

# D. Matt Bingham

**Criminal District Attorney**
**Smith County**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/6/2015 2:06:16 PM
CATHY S. LUSK
Clerk

Michael J. West, Appellate Chief
Jennifer Barfield, Office Director

July 6, 2015

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:    12-15-00016-CR, Orta v. State - State's Letter Brief.**

To the Honorable Judges,

Appellant in the above-numbered cause has filed a brief complaining about the lack of a support in the Bill of Costs for the amount of court costs ordered by the trial court. Specifically, Appellant complains that he was improperly charged $252.25 for costs of court that is not supported by a Bill of Costs.

Appellant requested that the Clerk's Record in this case be prepared and to include a written copy of the Bill of Costs. The District Clerk's office prepared the Clerk's Record in this case had it filed with the records of this Court. However, no Bill of Costs is included in the Clerk's Record even though requested by Appellant.

Consequently, there is no Bill of Costs in the record of this case that would support the imposition of the $252.25 court costs found in the judgment of this case and in the withholding order issued for the same amount.

The State must therefore concede that the $252.25 cost of court was not properly assessed as it is not supported by a Bill of Costs. The Court has the authority to modify the judgment and withholding order in this case to show that no amount is owed in court costs. *See* TEX. R. APP. P. Rule 43.2 (b) (Vernon 2014); *Brewer v. State*, 572 S.W.2d 719, 723 (Tex.Crim.App. 1978) ("Where the Court has the necessary data and evidence before it for reformation, the judgment may be reformed on appeal."); *Williams v. State*, 332 S.W.3d 694, 699 (Tex.App. - Amarillo 2011, *pet. ref'd*) (Where appellant was and

remained indigent, the trial court correctly deleted $3,500 in attorney's fees from the Bill of Costs); TEX. CODE CRIM. PROC. ANN. Art. 26.04 (p) (Vernon 2014).

Thank you,

Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719
mwest@smith-county.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Reply Brief in the above numbered cause contain 290 words, an amount which complies with Texas Rule of Appellate Procedure 9.4 (I) (3).

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of July, 2015, the following have been completed:

(1) The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Response to Appellant's Brief in the above numbered cause has been electronically filed with:

Mr. Austin Jackson
Attorney at Law
100 East Line St., Ste. 310
Tyler, Texas 75702

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719